UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Patrick G. Ryan, et al**, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:10CV00037 RWS |
| | ) |
| **The Timberland Company, et al** | ) |
| | ) |
| Defendant. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on January 11, 2010 and assigned to the Honorable Rodney W. Sippel. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:10cv0001 DDN. The Honorable David D. Noce will preside.

Case No. 4:10cv00037 RWS is hereby administratively closed. Judge Sippel's name will be replaced for future assignment.

Dated this 12th day of January, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:10cv0001 DDN** in all future matters concerning this case.